[Cite as *McClellan v. Hamby*, 2023-Ohio-3090.]

## IN THE COURT OF CLAIMS OF OHIO

| | |
|---|---|
| NATHAN L. MCCLELLAN | Case No. 2023-00345PQ |
| Requester | Judge Lisa L. Sadler |
| v. | <u>JUDGMENT ENTRY</u> |
| ROSSIE HAMBY | |
| Respondent | |

{¶1} In this public-records case, pursuant to R.C. 2743.75(F)(1), a Special Master has issued a Report and Recommendation (R&R). The Special Master has determined that Requester's claim for production of records is moot and that Requester has not proven a claim that Respondent delayed responding to Requester's requests. (R&R, 2-4.) The Special Master recommends entering judgment for Respondent and assessing costs against Requester. (R&R, 1, 4.)

{¶2} Neither Requester nor Respondent has filed timely written objections to the Report and Recommendation in accordance with R.C. 2743.75(F)(2). Pursuant to R.C. 2743.75(F)(2), if neither party timely objects, then this Court "shall promptly issue a final order adopting the report and recommendation, unless it determines that there is an error of law or other defect evident on the face of the report and recommendation." Upon independent review, the Court finds that there is no error of law or other defect evident on the face of the Report and Recommendation. The Court therefore adopts the Report and Recommendation.

{¶3} Judgment is rendered in favor of Respondent. Court costs are assessed against Requester as Requester did not prevail on his claims. The Clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.

_____
LISA L. SADLER
Judge

Filed August 15, 2023
Sent to S.C. Reporter 9/1/23